Nicholas Wajda (SBN 11480)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
DD: 818-907-2030
Fax: 818-205-3730
nick@pricelawgroup.com

Attorneys for Plaintiff,
LORI A. STANLEY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LORI A. STANLEY, | Case No.: 3:11-CV-00576-WGC |
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT** |
| vs. | |
| AARGON AGENCY, INC., | |
| Defendants. | |

    Plaintiff, Lori A. Stanley, by counsel, and Defendant Aargon Agency, Inc., by counsel, hereby stipulate and agree to dismiss this matter with prejudice, with each party to bear its own costs and attorneys' fees.

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

RESPECTFULLY SUBMITTED,

DATED: April 12, 2012    **PRICE LAW GROUP APC**

By:/s/ Nicholas Wajda
Nicholas Wajda
Attorney for Plaintiff

DATED: April 12, 2012    **THE BOURASSA LAW GROUP, LLC**

By:/s/Trent L. Richards
Trent L. Richards
Attorney for Defendant

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATE:  April 13, 2012.

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL